UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-1404-DOC (SP) | Date | November 6, 2013 |
|---|---|---|---|
| Title | ELVENIA BRATTON v. CITY OF ONTARIO POLICE DEPARTMENT, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s): Attorneys Present for Defendant(s):

None Appearing None Appearing

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On August 9, 2013, plaintiff Elvenia Bratton, proceeding in forma pauperis, lodged a civil rights complaint pursuant to 42 U.S.C. § 1983. In her complaint, plaintiff alleged that her civil rights were violated when she was evicted from her home following what she contends was a wrongful foreclosure and trustee sale of her house. On September 20, 2013, this court, having completed screening of the complaint, dismissed it with leave to file a First Amended Complaint by October 21, 2013. More than two weeks having passed beyond this deadline, the court has not received a First Amended Complaint or any other communication from plaintiff.

Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **November 27, 2013**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that her failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by November 27, 2013.

If plaintiff files a First Amended Complaint by **November 27, 2013**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.