JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVENIA BRATTON, | ) Case No. ED CV 13-1404-DOC (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| ONTARIO POLICE DEPARTMENT, | ) |
| Defendant. | ) |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: December 17, 2013

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE